UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID OBERGFELL and JACQUELYN OBERGFELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOLVO CARS OF NORTH AMERICA, LLC, <br><br> Defendant. | § § § § § Civil Action No. 2:17-cv-00161- § § § **STIPULATION OF DISMISSAL** § § § § § |

Plaintiff Jacquelyn Obergfell, on behalf of herself and as Executor of the Estate of David Obergfell, Deceased, and Defendant Volvo Cars of North America, LLC, by and through their respective attorneys, stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: April 29, 2019

_____
Sarah T. Hansel (SBN 138982015)
shansel@eblawllc.com
BEREZOFSKY LAW GROUP
Woodland Falls Corporate Center
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002-1163
856.667.0500
856.667.513 (fax)

_____
Oliver Beiersdorf
REED SMITH LLP
599 Lexington Avenue
22nd Floor
New York, New York 10022

*Attorney for Defendant Volvo Cars of North America, LLC*

SO ORDERED: _____

DATED: 6/4/19

1

Michael J. Quirk
mquirk@eblawllc.com
*Admitted Pro Hac Vice*
BEREZOFSKY LAW GROUP
1515 Market Street, Suite 1300
Philadelphia, PA 19102
215.557.0099
215.557.0673 (fax)

Marc R. Stanley
marcstanley@mac.com
*Admitted Pro Hac Vice*
Martin Woodward
mwoodward@stanleylawgroup.com
*Admitted Pro Hac Vice*
STANLEY LAW GROUP
6116 N. Central Expwy., Suite 1500
Dallas, TX 75206
214.443.4300
214.443.0358 (fax)

Dean Gresham
dean@stecklerlaw.com
*Admitted Pro Hac Vice*
Bruce Steckler
bruce@stecklerlaw.com
*Admitted Pro Hac Vice*
STECKLER GRESHAM COCHRAN
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
972.387.4040
972.387.4041 (fax)

*Attorneys for Plaintiffs*